**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES G. McGRORY, Administrator of the Estate of MARY CLAIRE McGRORY, Deceased,<br><br>Plaintiff,<br>v.<br><br>THE PNC FINANCIAL SERVICES GROUP, INC.; THE PNC FINANCIAL SERVICES GROUP, INC. PENSION PLAN; THE ADMINISTRATIVE COMMITTEE OF THE PNC FINANCIAL SERVICES GROUP, INC. PENSION PLAN; and WILLIS TOWERS WATSON US LLC,<br><br>Defendants. | Civil Action No.: 2:26-CV-05047 |

**ORDER EXTENDING THE TIME FOR DEFENDANT WILLIS TOWERS WATSON TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

AND NOW, upon consideration of Defendant Willis Towers Watson's ("WTW") request for an extension of time to answer, move or otherwise respond to Plaintiff's Complaint, it is, on this 20th day of August 2026, hereby **ORDERED**:

1. WTW's request is **GRANTED**.

2. WTW shall answer, move, or otherwise respond to Plaintiff's Complaint on or before September 22, 2026.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
HON. Kelley B. Hodge, U.S.D.J.